McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
Fax:  (916) 554-2900
SHARON SANDS
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA L. MAGEE,<br><br>        Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>        Defendant. | CASE NO. **2:05-CV-02145-FCD-PAN (JFM)**<br><br>STIPULATION AND ORDER REMANDING THE CASE TO THE COMMISSIONER OF SOCIAL SECURITY AND DIRECTING THE CLERK TO ENTER JUDGMENT |

       IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  The Appeals Council will remand this claim to the Administrative Law Judge to hold a new hearing and issue a new decision in conformity with the July 7, 2004, Appeals Council Order of Remand, and to:

       1. Consider Dr. Butowski's medical opinion;

       2. Obtain medical expert testimony as previously ordered;

1   3. Reassess residual functional capacity; and

2   4. If warranted, obtain vocational expert testimony. Further, the Appeals Council will request Plaintiff's subsequent application and consider the same pursuant to the appropriate provisions of HALLEX regarding subsequent favorable decisions.

   It is further stipulated that the decision below is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

   The parties further stipulate that Plaintiff's counsel shall return a facsimile of this stipulation bearing his signature for retention by Defendant's counsel, and that Defendant shall e-file this stipulation pursuant to applicable local rules.

DATED: June 20, 2006   /s/ Bruce J. Hagel
            BRUCE J. HAGEL
            Attorney at Law

            Attorney for Plaintiff

DATED: June 20, 2006   McGREGOR W. SCOTT
            United States Attorney
            BOBBIE J. MONTOYA
            Assistant U. S. Attorney

           By: /s/ Bobbie J. Montoya for
            SHARON SANDS
            Special Assistant U. S. Attorney

            Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
U.S. Social Security Administration

MAGEE v. BARNHART
Stip & Order of Remand (Sentence 4)
2:05-cv-02145-FCD-PAN (JFM)  2

## ORDER

This matter is remanded pursuant to the stipulation of the parties.  The case is dismissed and the Clerk is directed to enter Judgment.

SO ORDERED.

DATED: June 29, 2006        /s/ Frank C. Damrell Jr.
                            FRANK C. DAMRELL, JR.
                            UNITED STATES DISTRICT JUDGE

MAGEE v. BARNHART
Stip & Order of Remand (Sentence 4)
2:05-cv-02145-FCD-PAN (JFM)           3